# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON E. RUCINSKI ) | |
| ) | |
|     Plaintiff ) | Case No.:_____ |
| ) | |
| v. ) | |
| ) | |
| CSX TRANSPORTATION, INC. ) | |
| ) | |
|     Defendant ) | |

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff Jon E. Rucinski, by and through undersigned counsel and as a cause of action, states as follows:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff Jon E. Rucinski is a citizen of Massachusetts.

2. Defendant CSX Transportation, Inc., ("CSX"), is a railroad corporation organized and existing under and by virtue of the Laws of the State of Florida, with its principal place of business in Jacksonville, Florida.

3. At all times relevant the Defendant was doing business in the Commonwealth of Massachusetts as an interstate common carrier for hire.

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and the Federal Employers' Liability Act, 45 U.S.C. § 51 *et seq.* ("FELA").

## COUNT I—Violations of the FELA

5. At all times herein mentioned, Plaintiff and Defendant were engaged in interstate

Commerce and all trackage, cars, equipment and premises involved were under the control of Defendant.

6.  On or about February 6, 2017, the Plaintiff, while in the employ of the Defendant as a conductor, sustained severe injuries.

7.  On that date, the Plaintiff was performing his duties as a conductor and was crossing over an oil tankard that was covered in ice and he slipped.  He was being pressured by Defendant to perform services in an expedited manner, despite the dangerous weather conditions that existed at the time.  Because of the dangerous walking conditions in the area, he was unable to walk around the train to get to the other side of the train.  He did catch himself with his back to the tank car while holding onto the rail above his head.  The Plaintiff swung with all his weight on his right arm feeling the pain over the shoulder, deep in the arm, and some sharp stabbing pain over his right neck.

8.  Defendant CSX owed to the Plaintiff a non-delegable duty to provide a reasonably safe place in which to perform his work.

9.  Defendant CSX breached its duty to provide the Plaintiff with a reasonably safe place to work in that:

   a. It failed to use due care to furnish the Plaintiff with a reasonably safe place in which to work;

   b. It failed to properly maintain and inspect the area and equipment where the Plaintiff worked and to keep the same free of ice;

   c. It failed to warn the Plaintiff of the dangers presented because of the ice on the oil tankard and lack of a designated safe area to walk around the train to get to the other side of the train;

    d. It failed to exercise reasonable care for the safety of its employees when it failed to clear the ice from the oil tankard and to provide safe walking area where Plaintiff was required to work;

    e. It required Plaintiff to work under weather conditions that were known to create an unreasonable risk of injury;

    f. It was otherwise careless, reckless and negligent.

10. As a direct and proximate result of the negligence of Defendant CSX, the Plaintiff was seriously, painfully and permanently injured about the body and limbs, resulting in injuries to his right shoulder and neck, which caused and will continue to cause pain, suffering, and mental anguish, surgical, medical and other related expenses, an inability to perform his usual activities, and loss of income and wage earning capacity, all past, present, and future.

WHEREFORE, The Plaintiff, Jon E. Rucinski, demands judgment against the Defendant, CSX Transportation, Inc., in an amount to be determined by the Jury, together with interest and costs.

                                              JON E. RUCINSKI
                                              By his Attorney,

Dated: February 5, 2020

                                              /s/ Jonathan E. Gilzean
                                              Jonathan E. Gilzean, Esq.
                                              BBO# 679164
                                              Latti & Anderson LLP
                                              30-31 Union Wharf
                                              Boston, MA 02109
                                              (617) 523-1000
                                              jgilzean@lattianderson.com

TO BE ADMITTED PRO HAC VICE

P. Matthew Darby, Esquire
H. David Leibensperger, Esquire
Berman, Sobin, Gross, Feldman & Darby
1301 York Road, Suite 600
Lutherville, Maryland  21093
(410) 769-5400
pmdarby@bsgfdlaw.com
hdavid@bsgfdlaw.com

## **REQUEST FOR JURY TRIAL**

Plaintiff Jon E. Rucinski, by and through the undersigned counsel, requests a jury trial on issues presented herein.

/s/ Jonathan E. Gilzean
Jonathan E. Gilzean, Esq.